In the Matter of the Claim of MARTIN FINKELSTEIN, Respondent, against NEW YORK MERCHANDISE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1929; decided October 22, 1929.)

*Everett F. Warrington, Herbert F. Hastings, Jr.*, and *Robert H. Woody* for appellants.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondents.

Order reversed and claim dismissed, with costs against the State Industrial Board in this court and Appellate Division, on the authority of *Sandberg* v. *Seymour Dress Co., Inc.* (242 N. Y. 497); no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CRANE and HUBBS, JJ.